IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-31-GCM**

| | |
|---|---|
| PAUL RICK JENKS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING** |
| | ) **ADMISSION PRO HAC VICE** |
| USF HOLLAND, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant USF Holland, Inc., to allow **Jessie C. Fontenot, Jr.,** to appear *Pro Hac Vice*, dated July 6, 2009 [doc #14].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Fontenot has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 9, 2009

Graham C. Mullen
United States District Judge