UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:09-CV-31-GCM

| | | |
|---|---|---|
| PAUL RICK JENKS, | ) | |
|     Plaintiff, | ) | |
| | ) | SCHEDULING ORDER |
| v. | ) | |
| | ) | |
| USF HOLLAND, INC., | ) | |
|     Defendant. | ) | |

    The Court having reviewed the parties' Joint Motion Entry of Scheduling Order, as well as the parties' Joint Certification and Report of Rule 26(f) Conference and Proposed Discovery Plan [ECF 7], it is hereby ORDERED that the case will proceed as set forth in the Proposed Discovery Plan previously submitted by the parties, with the following revisions:
    a)    All discovery in this matter shall be commenced in time to be completed by September 30, 2009; and
    b)    All potentially dispositive motions shall be filed be November 16, 2009.

    SO ORDERED.

Signed: August 26, 2009

Graham C. Mullen
United States District Judge